IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLE M. MAUDSLEY,                   No.  CIV.S-04-2072 DAD

    Plaintiff,

ORDER

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

      By order filed August 3, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On August 23, 2005, plaintiff filed a response to the order sufficiently explaining the reason for the delay in filing the motion and on August 25, 2005, filed her motion for summary judgment.

/////

/////

/////

1

1    Accordingly, the order to show cause filed on August 3,
2 2005, is HEREBY DISCHARGED.  This matter will proceed according to
3 the terms of the court's scheduling order filed October 1, 2004.
4 DATED: August 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/maudsley2072.dischargeOSC